UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HENDRIX,<br><br>            Plaintiff,<br><br>     v.<br><br>DEBORAH JACKSON, et al.,<br><br>            Defendants. | Case No. 25-cv-01332-JST<br><br>**ORDER DISMISSING CASE** |

On February 11, 2025, the Court dismissed Plaintiff Adam Hendrix's complaint under 28 U.S.C. § 1915(e)(2)(B).  ECF No. 7.  The Court set a March 11, 2025 deadline for Hendrix to file an amended complaint "if he believes he can allege enough facts to demonstrate that Defendants' alleged acts were under color of state law, or if he believes he can allege any other federal claim for relief."  *Id.* at 2.  The Court advised Hendrix that failure to file an amended complaint by that deadline would "result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Hendrix will not be allowed to pursue this claim any further."  *Id.*

The March 11, 2025 deadline has passed, and, to date, Hendrix has not filed an amended complaint.  Accordingly, this case is now dismissed with prejudice.  The Court shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  March 21, 2025

_____
JON S. TIGAR
United States District Judge